UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN L PISONI,<br><br>              Plaintiff,<br><br>    v.<br><br>MARK STRONG, WILLIAM VAN HOOK,<br><br>              Defendants. | CASE NO. 3:16-CV-05854-RBL-DWC<br><br>ORDER REGARDING PRO BONO COUNSEL |

    The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff John L. Pisoni ("Plaintiff Pisoni"), a civil detainee proceeding *pro se* and *in forma pauperis* (IFP), filed this action alleging Defendants are forcing him to drink contaminated water at the Special Commitment Center ("SCC") in violation of his Eighth and Fourteenth Amendment rights. Dkt. 5.

    Currently pending in this Court are over twenty-five cases alleging constitutional violations arising from the potable water at the SCC ("Related Cases"). *See Malone v. Strong*, 3:16-cv-5284-RBL-DWC. This Court has determined exceptional circumstances exist which allow the Court to assist Plaintiffs in all Related Cases ("Plaintiffs") in securing counsel.

1  Attorney Casey Arbenz was identified as an attorney willing to represent one or all IFP Plaintiffs

2  pro bono upon entering an agreement regarding the terms of representation.

3      If Plaintiff Pisoni chooses to be represented by counsel, the Court recommends Plaintiff

4  Pisoni contact Mr. Arbenz[1] by October 28, 2016 to discuss terms of the representation and, if

5  agreeable, enter into an attorney-client relationship. The Court, however, notes Mr. Arbenz's

6  representation would be limited only to Plaintiff Pisoni's contaminated water claims.

7      Plaintiff Pisoni remains a *pro se* litigant in this case until counsel enters a notice of

8  appearance on Plaintiff Pisoni's behalf. If Mr. Arbenz is retained as counsel for Plaintiff Pisoni,

9  the Court anticipates a notice of appearance will be filed by November 4, 2016.

10     The Clerk is directed to send this Order to Plaintiff Pisoni and to Mr. Casey Arbenz.

11     Dated this 13th day of October, 2016.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge

---

[1] Mr. Casey Arbenz, The Hester Law Group, Inc PS, 1008 S. Yakima Ave, Suite 302, Tacoma, WA 98405. Phone: (253) 272-2157.

ORDER REGARDING PRO BONO COUNSEL - 2